UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MIRANDA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HUNT CONSTRUCTION GROUP, INC., an Indiana corporation; AECOM, a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 22-cv-980-W (WVG)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS [DOC. 8]** |

Pending before the Court is a joint stipulation to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint stipulation [Doc. 8] and **DISMISSES** this case **WITH PREJUDICE**. Each party shall bear their respective attorneys' fees and costs. With this action dismissed, Defendants' motion to dismiss Plaintiff's complaint [Doc. 7] is now **MOOT**.

**IT IS SO ORDERED**.

Dated: August 19, 2022

Hon. Thomas J. Whelan
United States District Judge